UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GEORGE V. ACOSTA, et al.**,

      Plaintiffs,

vs.                                                                 **No. CIV 99-826  LCS**

**CYPRUS AMAX MINERALS COMPANY**,

      Defendant.

## FINAL ORDER OF DISMISSAL

THE COURT, having granted Defendant's Motion to Dismiss *(Doc. 20)*, enters this final order in compliance with Rule 58 of the Federal Rules of Civil Procedure and hereby ORDERS and ADJUDGES that Plaintiffs' complaint is dismissed.

_____
**UNITED STATES MAGISTRATE JUDGE**